1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10  MARCO GARNICA,

11                        Plaintiff,

12          v.

13  STATE OF WASHINGTON,
    DEPARTMENT OF CORRECTIONS,
14  BERNARD WARNER, RONALD
    FRAKER, D. KUTH,
15
                        Defendants.
16

CASE NO. C14-5546 BHS-JRC

ORDER GRANTING PLAINTIFF
ADDITIONAL TIME TO RESPOND

17          The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States

18  Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), and local

19  Magistrate Judge Rules MJR1, MJR3 and MJR4.

20          Plaintiff asks the Court for an additional thirty days to file a response to defendants'

21  motion for summary judgment (Dkt. 20).  Defendants do not oppose the motion.  Instead,

22  defendants ask the Court to give plaintiff forty-five additional days because defense counsel will

23  be out of state when the response would be due (Dkt. 21).  Because the motion is unopposed, the

24  Court does not need to wait for the January 16, 2015 noting date to hear this motion.

1        The Court grants plaintiff an additional forty-five days, until February 27, 2015, to file a

2   response to defendants' motion for summary judgment.  Defendants' reply must be filed by

3   March 6, 2015.  The Clerk's office is instructed to re-note defendants' motion for summary

4   judgment (Dkt. 15) for March 6, 2015.

5        Dated this 8th day of January, 2015.

6

7   J. Richard Creatura

8   United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER GRANTING PLAINTIFF ADDITIONAL
TIME TO RESPOND - 2